[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-11223

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

TREMAIN HAMILTON,
a.k.a. Tun,
a.k.a. T. I.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

2                          Opinion of the Court                    23-11223

D.C. Docket No. 3:08-cr-00061-LC-ZCB-4

_____

Before GRANT, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

Megan Saillant, appointed counsel for Tremain Hamilton, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), in this appeal of the district court's order granting Hamilton's motion for a sentence reduction under § 404(b) of the First Step Act.[1] Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hamilton's reduced sentence of 254 months' imprisonment followed by 8 years of supervised release is **AFFIRMED**.

---

[1] Pub. L. No. 115-391, § 404, 132 Stat. 5194, 5222.